**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>JOSE ANTONIO PACHECO<br><br>Debtor(s) | Case No. 08-31088 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/14/2008.

2) The plan was confirmed on 02/27/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/13/2009.

5) The case was converted on 08/19/2009.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $21,650.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $6,260.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$6,260.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $331.78 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$1,831.78** |

Attorney fees paid and disclosed by debtor:     $2,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BECKET & LEE LLP | Unsecured | 939.64 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,337.75 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 2,050.30 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 802.09 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 1,671.00 | 1,671.25 | 1,671.25 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 402.59 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 859.00 | 1,329.72 | 1,329.72 | 0.00 | 0.00 |
| COMED | Unsecured | 525.41 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | 38,972.69 | 38,972.69 | 38,972.69 | 3,148.32 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | NA | NA | NA | 0.00 | 0.00 |
| DAVID FRANKEL | Unsecured | 3,172.42 | 3,570.75 | 3,570.75 | 0.00 | 0.00 |
| DEBT CREDIT SERVICES | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 450.00 | 441.00 | 441.00 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 2,009.13 | 2,009.13 | 2,009.13 | 0.00 | 0.00 |
| DUPAGE COUNTY BAD CHECK PRG | Unsecured | 230.65 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 808.55 | 750.55 | 750.55 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 11,731.58 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 229.70 | 332.33 | 332.33 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 727.46 | 727.46 | 727.46 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 270.27 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 6,140.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 1,075.00 | 1,075.00 | 1,075.00 | 388.76 | 16.19 |
| FORD MOTOR CREDIT CO | Secured | 1,350.00 | 1,350.00 | 1,350.00 | 446.07 | 20.88 |
| FORD MOTOR CREDIT CO | Unsecured | 14,389.00 | 14,335.04 | 14,335.04 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Unsecured | NA | 3,070.34 | 3,070.34 | 0.00 | 0.00 |
| FRYS ELECTRONICS | Unsecured | 290.06 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 2,862.55 | 2,928.73 | 2,928.73 | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| JD FACTORS | Unsecured | 78,780.47 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL INSURANCE | Unsecured | 1,865.06 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Secured | NA | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MAGES & PRICE | Unsecured | 2,700.00 | 4,200.00 | 4,200.00 | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 1,467.59 | NA | NA | 0.00 | 0.00 |
| NATIONAL PEN | Unsecured | 122.65 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE ACCEPTANCE | Unsecured | 458.86 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 754.08 | NA | NA | 0.00 | 0.00 |
| POLO CLUB POINTE CONDO ASSOC | Secured | 4,704.00 | 3,977.62 | 3,977.62 | 408.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,337.75 | 1,337.75 | 1,337.75 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,099.37 | 1,108.44 | 1,108.44 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 900.19 | 900.19 | 0.00 | 0.00 |
| THE COMMERCIAL AGENCY | Unsecured | 10,000.00 | 10,662.36 | 10,662.36 | 0.00 | 0.00 |
| UNITED CREDIT RECOVERY LLC | Unsecured | NA | 534.17 | 534.17 | 0.00 | 0.00 |
| US BANK | Unsecured | 1,098.49 | 1,098.49 | 1,098.49 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 125.95 | 99.18 | 99.18 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $38,972.69 | $3,148.32 | $0.00 |
| Debt Secured by Vehicle | $2,425.00 | $834.83 | $37.07 |
| All Other Secured | $3,977.62 | $408.00 | $0.00 |
| **TOTAL SECURED:** | **$45,375.31** | **$4,391.15** | **$37.07** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$51,106.88** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,831.78 |
| Disbursements to Creditors | $4,428.22 |
| | |
| **TOTAL DISBURSEMENTS** : | **$6,260.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/09/2009                                    By: /s/ Glenn Stearns _____

                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**